IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH R. TOMELLERI,

    Plaintiff,

v.

GLORY HOLE SPORTS, INC.

    Defendant.

Civil Action: 5:19-cv-07483-EJD

**APPROVED** — Judge Edward J. Davila — 11/27/2019

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Joseph R. Tomelleri and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismisses this action without prejudice.

Dated: 11-26-19

Respectfully submitted,

**MCANDEWS, ALLEN, & MATSON, P.C.**

_____
Gregg Matson
1705 Walnut Avenue
Manhattan Beach, CA 90266
Telephone: 310-866-8750
Email: greggmatson@gmail.com

and

**EVANS & DIXON, LLC**

Dated: 11/26/19

_____
Scott J. Strohm (pro hac vice motion forthcoming)
Corporate Woods | Building 82
10851 Mastin Boulevard, Suite 900
Overland Park, KS 66210
Telephone: 913-701-6810
Facsmile: 913-341-2293
Email: kccivillit@evans-dixon.com

**ATTORNEYS FOR PLAINTIFF**

1